IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY SIBERT,<br><br>        Plaintiff,<br><br>    v.<br><br>NEIGHBORCARE INC.,<br><br>        Defendant. | 2:07-cv-01796-GEB-EFB<br><br>ORDER RE: SETTLEMENT<br>AND DISPOSITION |

On November 7, 2007, the parties filed a Joint Status Report stating that "the parties have within the past week reached a complete settlement of this action" and "counsel are currently in the process of preparing the necessary documentation concerning that settlement and expect to submit to the Court within the next 30 days a stipulation for dismissal with prejudice of the entire action."  Therefore, a dispositional document shall be filed no later than December 7, 2007.  Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed.  See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

1

The status conference scheduled for November 26, 2007, is rescheduled to commence at 9:00 a.m. on February 4, 2008, in the event that no dispositional document is filed, or if this action is not otherwise dismissed.  Further, a joint status report shall be filed fourteen days prior to the status conference.[1]

IT IS SO ORDERED.

Dated:  November 19, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that an action has been settled does not justify removal of the action from a district court's docket. <u>Cf. Callie v. Near</u>, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).